UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARELL MARTIN WEATHERS, | No. 2:23-cv-0133 DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID MCDONALD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

On March 5, 2024, plaintiff notified the court of his election to amend his complaint. (ECF No. 9.) Plaintiff's election was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

Plaintiff is advised that in an amended complaint he must clearly identify each defendant and the action that defendant took that violated his constitutional rights. The court is not required to review exhibits to determine what plaintiff's charging allegations are as to each named defendant. If plaintiff wishes to add a claim, he must include it in the body of the complaint. The charging allegations must be set forth in the amended complaint so defendants have fair notice of

1   the claims plaintiff is presenting.  That said, plaintiff need not provide every detailed fact in

2   support of his claims.  Rather, plaintiff should provide a short, plain statement of each claim.  See

3   Fed. R. Civ. P. 8(a).

4       Any amended complaint must show the federal court has jurisdiction, the action is brought in

5   the right place, and plaintiff is entitled to relief if plaintiff's allegations are true.  It must contain a

6   request for particular relief.  Plaintiff must identify as a defendant only persons who personally

7   participated in a substantial way in depriving plaintiff of a federal constitutional right.  Johnson v.

8   Duffy, 588 F.2d 740, 743 (9th Cir. 1978) (a person subjects another to the deprivation of a

9   constitutional right if he does an act, participates in another's act or omits to perform an act he is

10  legally required to do that causes the alleged deprivation).  "Vague and conclusory allegations of

11  official participation in civil rights violations are not sufficient."  Ivey v. Bd. of Regents, 673 F.2d

12  266, 268 (9th Cir. 1982) (citations omitted).

13      In an amended complaint, the allegations must be set forth in numbered paragraphs.  Fed. R.

14  Civ. P. 10(b).  Plaintiff may join multiple claims if they are all against a single defendant.  Fed. R.

15  Civ. P. 18(a).  If plaintiff has more than one claim based upon separate transactions or

16  occurrences, the claims must be set forth in separate paragraphs.  Fed. R. Civ. P. 10(b).

17      The federal rules contemplate brevity.  See Galbraith v. County of Santa Clara, 307 F.3d

18  1119, 1125 (9th Cir. 2002) (noting that "nearly all of the circuits have now disapproved any

19  heightened pleading standard in cases other than those governed by Rule 9(b)"); Fed. R. Civ. P.

20  84; cf. Rule 9(b) (setting forth rare exceptions to simplified pleading).  Plaintiff's claims must be

21  set forth in short and plain terms, simply, concisely and directly.  See Swierkiewicz v. Sorema

22  N.A., 534 U.S. 506, 514 (2002) ("Rule 8(a) is the starting point of a simplified pleading system,

23  which was adopted to focus litigation on the merits of a claim."); Fed. R. Civ. P. 8.

24      An amended complaint must be complete in itself without reference to any prior pleading.

25  E.D. Cal. R. 220.  Once plaintiff files an amended complaint, the original pleading is superseded.

26  By signing an amended complaint, plaintiff certifies he has made reasonable inquiry and has

27  evidentiary support for his allegations, and for violation of this rule the court may impose

28  sanctions sufficient to deter repetition by plaintiff or others.  Fed. R. Civ. P. 11.

IT IS HEREBY ORDERED that:

1. Plaintiff is to file his amended complaint sixty days from the date of this order in which to file an amended complaint. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."
2. Plaintiff is warned that his failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  March 12, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16

DB/DB Prisoner Inbox/ Prisoner Civil Rights/R/weat.133.amc