UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARELL MARTIN WEATHERS, | No. 2:23-cv-00133 SCR P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DAVID MCDONALD, et al., | |
| Defendants. | |

Plaintiff is incarcerated in county jail and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On November 14, 2025, defendants filed a motion for summary judgment. ECF No. 20. Pursuant to the undersigned's order dated December 12, 2024, defendants' motion for summary judgment shall be briefed in accordance with Local Rule 230(*l*). ECF No. 25 at 3, ¶ 8. Rule 230(*l*) states that opposition to a motion must be filed "not more than twenty-one (21) days after the date of service of the motion," and that "[f]ailure . . . to file an opposition or a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

More than twenty-one days have passed since defendants served their motion and plaintiff has not filed a response. Plaintiff will be ordered to file a response to the motion and a statement explaining why he was not able to do so in a timely manner. If plaintiff fails to file a response to

1

1  the motion or fails to show good cause for his failure to file it on time, the undersigned may deem
2  this failure a waiver of any opposition to the granting of the motion. See Local Rule 230(*l*).
3       Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of the date of
4  this order, plaintiff shall file the following:
5       1.   A response to defendants' motion for summary judgment that complies with
6  Federal Rule of Civil Procedure 56 and Local Rule 260; and
7       2.   A response to this order explaining why plaintiff was unable to file a timely
8  response to defendants' motion for summary judgment.
9  DATED: December 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE